McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for defendant United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA DE LA CRUZ, an individual; ISABEL DE LA CRUZ, an individual; AMY MICHELLE TARAZON by and through her Guardian Ad Litem, Rick Tarazon; JACOB PAUL DE LA CRUZ, by and through his Guardian Ad Litem, Alfred De La Cruz,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE UNITED STATES POSTAL SERVICE; DAVINDER KAUR BADYAL, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | 1:08-cv-0018-LJO/DLB<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURE DATE; ORDER RE SAME** |

　　　Plaintiffs Christine De la Cruz, Isabel De la Cruz, Amy Michelle Tarazon and Jacob Paul De la Cruz ("plaintiffs") and defendant United States of America ("defendant") (collectively "the parties") stipulate, by and through the undersigned counsel, to continue this action's expert disclosure deadlines sixty days, and as more specifically set forth below.  Significantly, the

1
**STIPULATION TO EXTEND EXPERT DISCLOSURE DATE; [PROPOSED] ORDER RE SAME**

1  parties do *not* seek a continuance of this action's pretrial
2  conference or trial dates.
3     The parties base this stipulation on good cause.  To
4  explain, written discovery has commenced, and the parties
5  initially planned on commencing with depositions in July 2008.
6  The deposition of the Postal Service driver involved in the
7  incident underlying this FTCA action, however, had to be
8  postponed due to health-related issues pertaining to this
9  witness.  While the parties are in the midst of re-scheduling
10 this witness's deposition and scheduling additional depositions,
11 they face the undesirable prospect of having to disclose expert
12 reports prior to experts' being able to review deposition
13 transcripts of witnesses critical to the development of the case.
14    Accordingly, the parties stipulate and agree to continue
15 this action's expert disclosure deadlines as specified below, and
16 base it on the above-stated good cause.  The parties request the
17 court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Expert Disclosures | September 19, 2008 | **November 21, 2008** |
| Supplemental/Rebuttal | October 27, 2008 | **December 29, 2008** |

Dated: September 2, 2008      September 2, 2008

                Respectfully submitted,

Law Offices of Federico Sayre      McGREGOR W. SCOTT
                                    United States Attorney
(As authorized, 9/2/08)


 /s/ James F. Rumm                  /s/ Brian W. Enos
JAMES F. RUMM                       BRIAN W. ENOS
Attorney for Plaintiffs             Attorneys for Defendant

IT IS SO ORDERED.

**Dated:** **September 5, 2008**         <u>     **/s/ Dennis L. Beck**     </u>
                                          UNITED STATES MAGISTRATE JUDGE