FILED
SEP 24 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  Federico Castelan Sayre, SBN 067420
2  James F. Rumm, SBN 224412
   **LAW OFFICES OF FEDERICO CASTELAN SAYRE**
3  900 North Broadway, 7th Floor
   Santa Ana, California 92701
4  Telephone: (714) 550-9117
   Facsimile: (714) 550-9125
5
6  Attorneys for Plaintiffs: CHRISTINA DE LA CRUZ, ISABEL DE LA CRUZ, AMY MICHELLE
   TARAZON and JOHN PAUL DE LA CRUZ
7
                    UNITED STATES DISTRICT COURT
8
           EASTERN DISTRICT OF CALIFORNIA-FRESNO COUNTY
9

| | |
|---|---|
| CHRISTINA DE LA CRUZ, an individual; ISABEL DE LA CRUZ, an individual; AMY MICHELLE TARAZON by and through her Guardian Ad Litem, Rick Tarazon; JACOB PAUL DE LA CRUZ, by and through his Guardian Ad Litem, Alfred De La Cruz<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES POSTAL SERVICE; DAVINDER KAUR BADYAL, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 1:08CV18LJO<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner states as follows:

   1.   I am the natural father of AMY MICHELLE TARAZON, a minor, was born on February 4, 2001.

   2.   My daughter, AMY MICHELLE TARAZON, has legal standing to maintain an action for negligence and negligence per se based upon the personal injuries she sustained in a motor vehicle accident, the subject of the above entitled action.

   3.   An action currently exists in this court against THE UNITED STATES POSTAL SERVICE (hereinafter "the USPS"), DAVINDER KAUR BADYAL (hereinafter "BADYAL") and

1 DOES 1 through 10 under 28 USC §1346(b)(1) including negligence and negligence per se under the
2 Federal Tort Claims Act, and under the laws of the State of California for personal injuries AMY
3 MICHELLE TARAZON sustained when Defendant BAYDAL, a letter carrier employed by the USPS,
4 while in the normal course and scope of her employment, caused his vehicle to collide with the motor
5 vehicle AMY MICHELLE TARAZON was traveling in as a passenger.

6     4.    No general guardian and no previous petition for appointment of a guardian ad litem
7 have been filed in this matter.

8     5.    My address is 5138 E. Ashlan #120, Fresno, CA 93727, phone number (559) 292-0786,
9 (559) 455-5310.

10     6.    I am fully competent to act as a guardian ad litem for my daughter, AMY MICHELLE
11 TARAZON.

12     7.    I am fully qualified to understand and protect the rights of my daughter, AMY
13 MICHELLE TARAZON, and I have no interests adverse to the interests of AMY MICHELLE
14 TARAZON.

15     8.    I am willing to act as guardian ad litem for my daughter, AMY MICHELLE
16 TARAZON, as appears by my consent attached hereto.

17 WHEREFORE, petitioner RICK TARAZON moves this court for an order appointing RICK
18 TARAZON as guardian ad litem of AMY MICHELLE TARAZON, for the purpose of bringing an
19 action against THE UNITED STATES POSTAL SERVICE; DAVINDER KAUR BADYAL; and
20 DOES 1 through 10 on the claim herein above stated.

22 DATED: 1-23-08        LAW OFFICES OF FEDERICO C. SAYRE

BY: _____
James F. Rumm
Attorneys for Petitioner Rick Tarazon

26 ///
27 ///
28 ///

## CONSENT OF NOMINEE

I, RICK TARAZON, consent to act as guardian ad litem for my natural daughter, AMY MICHELLE TARAZON, a minor, in the above action.

DATED: 12-26-07

*Rick Tarazon*
RICK TARAZON

## ORDER

The petition for an order appointing RICK TARAZON as guardian ad litem for minor, AMY MICHELLE TARAZON, is GRANTED.

DATED: 9/24/08

nunc pro tunc to 1/30/08

United States ~~District Judge~~ Magistrate Judge