```
 1 │ Federico Castelan Sayre, SBN 067420
   │ James F. Rumm, SBN 224412
 2 │ LAW OFFICES OF FEDERICO CASTELAN SAYRE
   │ 900 North Broadway, 7th Floor
 3 │ Santa Ana, California 92701
 4 │ Telephone: (714) 550-9117
   │ Facsimile: (714) 550-9125
 5 │
   │ Attorneys for Plaintiffs: CHRISTINA DE LA CRUZ, ISABEL DE LA CRUZ, JACOB PAUL DE LA
 6 │ CRUZ and JOHN PAUL DE LA CRUZ
```

**FILED**
SEP 24 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO COUNTY

| | |
|---|---|
| CHRISTINA DE LA CRUZ, an individual; ISABEL DE LA CRUZ, an individual; JACOB PAUL DE LA CRUZ by and through her Guardian Ad Litem, Alfred De La Cruz; JACOB PAUL DE LA CRUZ, by and through his Guardian Ad Litem, Alfred De La Cruz<br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES POSTAL SERVICE; DAVINDER KAUR BADYAL, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 1:08 CV 18 LJO<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner states as follows:

    1.    I am the natural father of JACOB PAUL DE LA CRUZ, a minor, was born on October 4, 2001.

    2.    My son, JACOB PAUL DE LA CRUZ, has legal standing to maintain an action for negligence and negligence per se based upon the personal injuries he sustained in a motor vehicle accident, the subject of the above entitled action.

    3.    An action currently exists in this court against THE UNITED STATES POSTAL SERVICE (hereinafter "the USPS"), DAVINDER KAUR BADYAL (hereinafter "BADYAL") and

1   DOES 1 through 10 under 28 USC §1346(b)(1) including negligence and negligence per se under the
2   Federal Tort Claims Act, and under the laws of the State of California for personal injuries JACOB
3   PAUL DE LA CRUZ sustained when Defendant BAYDAL, a letter carrier employed by the USPS,
4   while in the normal course and scope of her employment, caused his vehicle to collide with the motor
5   vehicle JACOB PAUL DE LA CRUZ was traveling in as a passenger.

6       4.    No general guardian and no previous petition for appointment of a guardian ad litem
7   have been filed in this matter.

8       5.    My address is 728 N. East Avenue Reedley, CA 93654, phone numbers (559) 638-
9   4164, (559) 638-1835, (559) 967-2917

10       6.    I am fully competent to act as a guardian ad litem for my son, JACOB PAUL DE LA
11   CRUZ.

12       7.    I am fully qualified to understand and protect the rights of my son, JACOB PAUL DE
13   LA CRUZ, and I have no interests adverse to the interests of JACOB PAUL DE LA CRUZ.

14       8.    I am willing to act as guardian ad litem for my son, JACOB PAUL DE LA CRUZ, as
15   appears by my consent attached hereto.

16   WHEREFORE, petitioner ALFRED DE LA CRUZ moves this court for an order appointing
17   ALFRED DE LA CRUZ as guardian ad litem of JACOB PAUL DE LA CRUZ, for the purpose of
18   bringing an action against THE UNITED STATES POSTAL SERVICE; DAVINDER KAUR
19   BADYAL; and DOES 1 through 10 on the claim herein above stated.

20
21   DATED: 1-23-08        LAW OFFICES OF FEDERICO C. SAYRE
22
23                                      BY: _____
24                                           James F. Rumm
                                        Attorneys for Petitioner Alfred De La Cruz
25   ///
26   ///
27   ///
28   ///

## CONSENT OF NOMINEE

I, ALFRED DE LA CRUZ, consent to act as guardian ad litem for my natural son, JACOB PAUL DE LA CRUZ, a minor, in the above action.

DATED: 1-14-08

_____
ALFRED DE LA CRUZ

## ORDER

The petition for an order appointing ALFRED DE LA CRUZ as guardian ad litem for minor, JACOB PAUL DE LA CRUZ, is GRANTED.

DATED: 9/24/2008

nunc pro tunc to 1/30/08

_____
United States ~~District Judge~~ Magistrate Judge