McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for defendant and counterclaimant
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA DE LA CRUZ, an individual; ISABEL DE LA CRUZ, an individual; AMY MICHELLE TARAZON by and through her Guardian Ad Litem, Rick Tarazon; JACOB PAUL DE LA CRUZ, by and through his Guardian Ad Litem, Alfred De La Cruz,<br><br>            Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES POSTAL SERVICE; DAVINDER KAUR BADYAL, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | 1:08-cv-0018-LJO/DLB<br><br>**STIPULATION TO CONTINUE DEPOSITION COMPLETION DATE, EXPERT DATES AND SETTLEMENT CONFERENCE; ORDER RE SAME** |

Plaintiffs Christine De la Cruz, Isabel De la Cruz, Amy Michelle Tarazon and Jacob Paul De la Cruz ("plaintiffs") and defendant United States of America ("defendant") (collectively "the parties") stipulate, by and through the undersigned counsel, to continue this action's (1) deadlines (a) by which to complete depositions and (b) relating to experts, as well as (2) settlement conference approximately forty-five days and as more

1

**STIPULATION TO CONTINUE DEPOSITION COMPLETION DATE, EXPERT DATES AND SETTLEMENT CONFERENCE; [PROPOSED] ORDER RE SAME**

1 specifically set forth below.  Significantly, the parties at this
2 time do *not* seek a continuance of this action's pretrial
3 conference or trial dates.
4     The parties base this stipulation on good cause.  To
5 explain, counsel for plaintiffs has been heavily leveraged on a
6 recent trial regarding another matter, and is in the midst of
7 preparing for yet another trial set to commence in early December
8 2008.  As a result, the parties have been unable to schedule all
9 necessary depositions in this case, which in turn necessitates
10 the continuance of the above litigation dates approximately
11 forty-five days.
12     The parties therefore stipulate and agree to continue this
13 action's deadlines as specified below, and base it on the above-
14 stated good cause.  The parties request the court to endorse this
15 stipulation by way of formal order.

| | Old Date | **New Date** |
|---|---|---|
| Deposition Completion | November 21, 2008 | **January 7, 2009** |
| Expert Disclosures | November 21, 2008 | **January 7, 2009** |
| Supplemental/Rebuttal | December 29, 2008 | **February 13, 2009** |
| Expert Discovery | February 6, 2009 | **March 17, 2009** |
| Settlement Conference | December 10, 2008 | **To be rescheduled after completion of depositions** |

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  Dated: November 18, 2008        November 18, 2008
2                       Respectfully submitted,
3  Law Offices of Federico Sayre      McGREGOR W. SCOTT
                                      United States Attorney
4  (As authorized, 11/18/08)
5
   /s/ James F. Rumm                  /s/ Brian W. Enos
6  JAMES F. RUMM                      BRIAN W. ENOS
   Attorney for Plaintiffs            Attorneys for Defendant
7
8  ///
9
10       IT IS SO ORDERED.
11       Dated:   **November 18, 2008**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO CONTINUE DEPOSITION COMPLETION DATE, EXPERT DATES AND SETTLEMENT CONFERENCE; [PROPOSED] ORDER RE SAME**