McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for defendant and counterclaimant
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA DE LA CRUZ, an individual; ISABEL DE LA CRUZ, an individual; AMY MICHELLE TARAZON by and through her Guardian Ad Litem, Rick Tarazon; JACOB PAUL DE LA CRUZ, by and through his Guardian Ad Litem, Alfred De La Cruz,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES POSTAL SERVICE; DAVINDER KAUR BADYAL, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | 1:08-cv-0018-LJO/DLB<br><br>**STIPULATION TO CONTINUE COMPLETION OF EXPERT DISCOVERY; ORDER RE SAME** |

Plaintiffs Christine De la Cruz, Isabel De la Cruz, Amy Michelle Tarazon and Jacob Paul De la Cruz ("plaintiffs") and defendant United States of America ("defendant") (collectively "the parties") stipulate, by and through the undersigned counsel, to continue this action's deadline by which to complete expert

1

**STIPULATION TO CONTINUE COMPLETION OF EXPERT DISCOVERY;
[PROPOSED] ORDER RE SAME**

discovery approximately thirty (30) days, and as more specifically set forth below.  Significantly, the parties at this time do *not* seek a continuance of the remaining components of this action's litigation schedule, including the currently set pretrial conference or trial dates.

The parties base this stipulation on good cause.  To explain, counsel for the United States will be transferring from the civil division to the criminal division on Monday, March 16, 2009.  His successor is expected to be arriving at the office on this same date, only one day before the closure of this action's current expert discovery deadline of Tuesday, March 17, 2009. Successor counsel will need sufficient time to analyze expert reports and relevant file documents to properly take and defend the two expert depositions pending in this case.

The parties therefore stipulate and agree to continue this action's deadlines as specified below, and base it on the above-stated good cause.  The parties request the court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Expert Discovery | March 17, 2009 | **April 17, 2009** |

Dated: March 6, 2009                    March 6, 2009

                      Respectfully submitted,

Law Offices of Federico Sayre    McGREGOR W. SCOTT
                                      United States Attorney
(As authorized, 3/6/09)


/s/ James F. Rumm              /s/ Brian W. Enos
JAMES F. RUMM                   BRIAN W. ENOS
Attorney for Plaintiffs        Attorneys for Defendant

///

IT IS SO ORDERED.

Dated: **March 9, 2009**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE