IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA DE LA CRUZ, et al., | CASE NO. CV F 08-18 LJO DLB |
| Plaintiffs, | **ORDER ON MOTIONS IN LIMINE** |
| vs. | |
| THE UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. / | |

Pursuant to this Court's July 6, 2009 pretrial order, motions in limine were filed on July 24, 2009. Defendant, the United States Postal Service, filed two motions in limine. Plaintiffs filed no motions in limine, but opposed defendant's motions in limine on July 31, 2009. Having read and reviewed Defendant's motions in limine and Plaintiffs' opposition, this Court finds these motions suitable for a decision without a hearing. Accordingly, this Court VACATES the August 6, 2009 hearing, pursuant to Local Rule 78-230(h), and issues the following order on the parties' motions in limine.

### Defendant's Motions in Limine

**1. Motion to Exclude Witnesses Not Previously Identified From Testifying at Trial**

Defendant moved to exclude the testimony of Alfred De La Cruz ("Mr. De La Cruz"), on grounds that plaintiffs failed to identify Mr. De La Cruz as a witness. Plaintiffs disclosed Mr. De La Cruz as a witness after the close of discovery. Plaintiffs admit that they did not disclose Mr. De La Cruz

as a witness, yet argue that there would be no prejudice if Mr. De La Cruz testifies: "Even if he had been deposed he only would have spoken about Mr. [sic] De La Cruz's injuries, which will be the same issues that he would testifying [sic] to at this trial." Failure to identify a witness in a party's Fed. R. Civ. P. 26 initial disclosures precludes calling that person at trial. *See* Fed. R. Civ. P. 26(a); 37(c)(1). According, the Court GRANTS defendant's motion to preclude Mr. De La Cruz from testifying at this trial.

**2.    Motion to Exclude Portions of Traffic Collision Report**

Defendant moved to exclude the portion of the traffic collision report in which California Highway Patrol Officer Brazil makes a finding of causation. Plaintiffs filed a statement of non-opposition to this motion. Accordingly, this Court GRANTS defendant's unopposed motion to exclude the portion of the traffic collision report that includes Officer Brazil's finding of causation.

IT IS SO ORDERED.

**Dated:    August 3, 2009**              /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE