IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA DE LA CRUZ, et al., | CASE NO. CV F 08-0018 LJO DLB |
| Plaintiffs, | **ORDER TO RESET TRIAL** |
| vs. | |
| UNITED STATES POSTAL SERVICE, et al, | |
| Defendants. / | |

Due to unavailability of counsel, this Court RESETS trial to October 5, 2009 at 8:30 a.m. in Department 4 (LJO).

IT IS SO ORDERED.

**Dated:   August 11, 2009**                              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1