# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA DE LA CRUZ, an individual; ISABEL DE LA CRUZ, an individual; AMY MICHELLE TARAZON, by and through her Guardian Ad Litem, Rick Tarazon; JACOB PAUL DE LA CRUZ, by and through his Guardian Ad Litem, Alfred De La Cruz,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES POSTAL SERVICE; DAVINDER KAUR BADYAL, an individual; and DOES 1 to 10, inclusive,<br><br>　　　　　　　　Defendants.<br><br>AND RELATED CROSS ACTION. | 1:08cv0018 OWW DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING REQUEST FOR APPROVAL OF MINOR'S COMPROMISE<br>(Document 49) |

　　　On January 20, 2010, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Request for Approval of Minor's Compromise be GRANTED. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fourteen (14) days of the date of service of the order. No objections were filed.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued January 20, 2010, are ADOPTED IN FULL;
2. Plaintiff's Request for Approval of Minor's Compromise is GRANTED;
3. Plaintiff Jacob Paul De La Cruz's $3,750.00 share shall be distributed to Petitioner Alfred De La Cruz, the Guardian Ad Litem, to be held in trust for Jacob Paul De La Cruz until he reaches the age of majority.
4. The sum of $1,250.00 shall be paid to The Law Offices of Federico C. Sayre for Plaintiff Jacob Paul De La Cruz's attorney's fees.
5. Plaintiff Amy Michelle Tarazon's $3,750.00 share shall be distributed to Petitioner Rick Tarazon, her Guardian Ad Litem, to be held in trust for Amy Michelle Tarazon until she reaches the age of majority.
6. The sum of $1,250.00 shall be paid to The Law Offices of Federico C. Sayre for Plaintiff Amy Michelle Tarazon's attorney's fees

IT IS SO ORDERED.

Dated:   February 16, 2010              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE