BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant and
Counterclaimant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA DE LA CRUZ, an individual; ISABEL DE LA CRUZ, an individual; AMY MICHELLE TARAZON, by and through her Guardian Ad Litem, Rick Tarazon; JACOB PAUL DE LA CRUZ, by and through his Guardian Ad Litem, Alfred De La Cruz,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES POSTAL SERVICE; DAVINDER KAUR BADYAL, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION. | 1:08-cv-0018-OWW/DLB<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

Pursuant to the terms of a written Stipulation for Compromise Settlement and Release of Claims Pursuant to 28 U.S.C. § 2677 as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this entire action be dismissed with prejudice. The settlement as to the minor plaintiffs has been approved by this court.

///

///

    IT IS SO STIPULATED.

1

**STIPULATION FOR DISMISSAL; ORDER**

Respectfully submitted,

| | |
|---|---|
| Law Offices of Federico Castelan Sayre | BENJAMIN B. WANGER<br>United States Attorney |
| /s/Federico C. Sayre<br>FEDERICO CASTELAN SAYRE<br>Attorneys for Plaintiffs | By: /s/Alyson A. Berg<br>ALYSON A. BERG<br>Attorney for Defendants |
| Dated: March 18, 2010 | Dated: March 18, 2010 |

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this entire action is hereby DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

IT IS SO ORDERED.

**Dated:   March 19, 2010**            /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE